RICHARD M. MONTGOMERY v. SOFIE LANS and Others.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HARRY BERNSTEIN and Another v. MORRIS KRAMER and Another.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL LEVY and Others v. CARL BONWIT, INC., and Another.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOHN FINCK v. CHARLES A. WORK.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MABEL BURKE HISER, as Administratrix, etc., v. JAMES C. DAVIS, Director General of Railroads, as Agent under Section 206 of the Transportation Act, 1920, Appellant.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ. [See 201 App. Div. 213.]

THE ERNEST HOFMANN CO., INC., v. THE JAMES OHLEN & SONS SAW MANUFACTURING COMPANY and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

PETER S. O'HARA and Another v. FIRST TRUST AND DEPOSIT COMPANY, as Executor, etc., and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HARRY M. LASKER, INC., v. MUTUAL BANK OF ROSEVILLE.— Motion granted and question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WALLACK CONSTRUCTION COMPANY v. SMALWICH REALTY CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE STANDARD ENGRAVING Co., INC., v. EDWARD VOLZ, Individually and as President, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HENRY SHERMAN and Others v. FRANZ MERZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JAMES W. KING v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ADELE BLOSS MONTFORT v. FREDERICK D. MONTFORT.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

N. H. BORENSTEIN & SONS, INC., v. CONTINENTALE HANDELS-AKTIENGESELLSCHAFT.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL PETT v. MAX SPIEGEL.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.